United States District Court
Southern District of Texas
**ENTERED**
December 08, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SAINTS INFANTE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:16-CV-80 |
| | § | |
| ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER OF TRANSFER

This is a civil rights lawsuit filed by Saints Infante, a former inmate at the Estelle Unit in Walker County. Infante, who now lives in Midland, apparently seeks damages for an assault that took place while he was still incarcerated, which means that the events giving rise to this lawsuit occurred in Walker County, which is in the Houston Division of the Southern District of Texas. *See* 28 U.S.C. § 124(b)(2). The Court notes that another lawsuit filed by Infante related to his confinement was transferred to the Houston Division from the Western District of Texas and eventually dismissed. *See* Western District of Texas Case Number 7:15-CV-207; Southern District of Texas Case Number 4:16-CV-269. Infante does not seem to understand that the Estelle Unit is in the Houston Division, as a letter he wrote to the Houston Division refers to "the Estelle Institution within the Southern District of Texas, Galveston Division." *See* Southern District of Texas Case Number 4:16-CV-269 at Dkt. 14, p. 3.

This case has no evident connection to the Galveston Division, so the Court will transfer it to the Houston Division in the interest of justice. *See* 28 U.S.C. §§ 1391(b)(2), 1404(a). The Clerk will transfer this docket to the Southern District of Texas, Houston Division and will provide a copy of this order to the parties.

SIGNED at Galveston, Texas, on December 7, 2016.

George C. Hanks, Jr.
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE